UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS LARA, on behalf of himself
individually, and on behalf of all others similarly-
situated,

                                  Plaintiff

-against-

BROADWAY S/S INC., and AFTAB HUSSAIN,
individually,

                                Defendants.
------------------------------------------------------------X

20 Civ. 5010 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated September 28, 2020, set a conference for any conditional certification motion by Plaintiff for November 12, 2020 (Dkt. No. 18).

WHEREAS, the parties stipulated to conditional certification of a Fair Labor Standards Act collective on October 2, 2020 (Dkt. No. 20). Accordingly, it is hereby

**ORDERED** that the November 12, 2020, conference is **cancelled**.

Dated: November 9, 2020
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                            **UNITED STATES DISTRICT JUDGE**