UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS LARA, on behalf of himself and all :
others similarly situated, :
                              Plaintiffs, :
                                       :     20 Civ. 5010 (LGS)
                  -against- :
                                       :     <u>ORDER</u>
BROADWAY S/S, INC. et al., :
                              Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties have not filed pre-motion letters for dispositive motions and request a bench trial (Dkt. No. 34).

      WHEREAS, this action is trial ready.  It is hereby

      **ORDERED** that a bench trial will begin on **July 12, 2021, at 9:45 a.m.**, or the Court's first available date thereafter.  It is further

      **ORDERED** that by **April 5, 2021**, the parties shall file a joint letter stating whether they consent to a virtual bench trial.  The parties are advised that the availability of courtrooms for bench trials is severely limited due to the need to conduct jury trials in courtrooms suitable for use during the COVID-19 pandemic.  In the event the parties agree to a virtual bench trial, they will be responsible for the logistics of any videoconferencing technology.  It is further

      **ORDERED** that in accordance with and as further provided in Individual Rule IV.B, any motions in limine shall be filed by **May 4, 2021**.  Responses to the motions shall be filed by **May 18, 2021**.  No replies shall be filed.  The parties shall follow the Court's Individual Rules regarding such motions.  It is further

      **ORDERED** that by **June 10, 2021**, in anticipation of the bench trial, the parties shall file:

      (1) A Joint Stipulation of Facts as to all facts on which the parties agree;

      (2) The parties' respective Proposed Findings of Fact and Conclusions of Law

("PFFCL"), in which each party shall state all findings of fact and conclusions of law it believes the Court should adopt at the conclusion of the trial. The parties shall email a courtesy copy in Word format to the Chambers email address. It is further

**ORDERED** that by **June 17, 2021**, the parties shall file a Joint Final Pre-Trial Order as provided in the Court's Individual Rules; and if useful or necessary, any memoranda of law to address matters that have not previously been addressed as provided in the Court's Individual Rules. It is further

**ORDERED** that the parties shall appear for the final pre-trial conference on **July 1, 2021, at 4:00 p.m.**, on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: March 24, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE