UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CARLOS LARA, on behalf of himself and all : 
others similarly situated, :
                            Plaintiffs, :
                                     :   20 Civ. 5010 (LGS)
               -against- :
                                       :   <u>ORDER</u>
BROADWAY S/S, INC. et al., :
                           Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed a joint letter stating they consent to a July 12, 2021, virtual bench trial in this matter (Dkt. No. 36). It is hereby

**ORDERED** that by the parties shall: (1) by **June 2, 2021**, contact Courtroom Deputy James Street at (212) 805-4553 to schedule a walkthrough of the technology the parties intend to use to hold the trial virtually (the "Virtual Trial Technology") and (2) by **June 16, 2021**, conduct such walkthrough. It is further

**ORDERED** that the July 1, 2021, final pre-trial conference shall be conducted using the Virtual Trial Technology, and the parties shall file a letter setting forth the logistics of such conference by **June 24, 2021**.

Dated: April 6, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE