ASUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :
CARLOS LARA, on behalf of himself                           :
individually, and on behalf of all others similarly-        :          20 Civ. 5010 (LGS)
situated,                                                   :
                                                            :                ORDER
                                        Plaintiff           :
                                                            :
                          -against-                         :
                                                            :
BROADWAY S/S INC., and AFTAB HUSSAIN,                        :
individually,                                               :
                                                            :
                                        Defendants.         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court has been informed that the parties have reached a settlement in

principle in this case (Dkt. No. 38), and the parties request an additional week to submit their

Rule 68 Offer and Acceptance.  Accordingly, it is hereby

      **ORDERED** that by June 17, 2021, the parties shall file their Rule 68 Offer and

Acceptance.  It is further

      **ORDERED** that this action is dismissed without costs and without prejudice to restoring

the action to the Court's calendar, provided the application to restore the action is made within

thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date

of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot,

and all conferences are CANCELLED.

Dated: June 10, 2021
      New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**