UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARLOS LARA, on behalf of himself, individually, and
on behalf of all others similarly-situated,

                                                                             **Docket No.:**
                                Plaintiff,                        **20-cv-05010-LGS**

        -against-

BROADWAY S/S INC., and AFTAB HUSSAIN,
individually,

                               Defendants.
-------------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF
DEFENDANTS' OFFER OF JUDGMENT**

      Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff CARLOS LARA hereby accepts Defendants' Offer of Judgment dated June 16, 2021, attached hereto as Exhibit A.

Dated: Garden City, New York
       June 17, 2021

                                                Respectfully submitted,

                                                BORRELLI & ASSOCIATES, P.L.L.C.
                                                *Attorneys for Plaintiff*
                                                910 Franklin Avenue, Suite 200
                                                Garden City, New York 11530
                                                Tel. (516) 248-5550
                                                Fax (516) 248-6027

                                  By:   _____
                                        MATTHEW J. FARNWORTH, ESQ. (MF 3622)