# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS LARA, on behalf of himself, individually, and on behalf of all others similarly situated, | Case No.: 20-cv-05010-LGS |
| Plaintiff, | |
| -against- | Hon. Judge Lorna G. Schofield |
| BROADWAY S/S INC., and AFTAB HUSSAIN, individually, | **OFFER OF JUDGMENT** |
| Defendants. | |

TO:  BORRELLI & ASSOCIATES, P.L.L.C.
   **Attention: Matthew J. Farnworth, Esq.**
   910 Franklin Avenue, Suite 200
   Garden City, NY 11530

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, BROADWAY S/S INC., and AFTAB HUSSAIN, individually (together as "Defendants"), hereby serve, but do not file, this offer of judgment, as follows:

1. Defendants offer to allow judgment to be taken against Defendants in favor of Plaintiff, CARLOS LARA in the total amount of Seventy-Seven Thousand Five Hundred ($77,500.00) Dollars, inclusive of all of Plaintiff's claims for relief in this action, including, but not limited to, damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and disbursements, which judgment will be paid in ten (10) equal monthly payments of Seven Thousand Seven Hundred Fifty ($7,750.00) Dollars and Zero Cents, the first payment of which will be made within thirty (30) calendar days of the day this Offer of Judgment is filed by Plaintiff with this Court, together with a notice of acceptance of it, to be followed by nine (9) subsequent payments of the same amount at monthly intervals on the same day of each month that the first payment is due, until the balance is zero ($0.00) Dollars.

All payments will be forwarded to Plaintiff's counsel's office at 910 Franklin Avenue, Suite 200, Garden City, New York 11530.  If Plaintiff accepts this offer of judgment, Plaintiff will not be entitled to any additional payment from Defendants of any sort for damages described in paragraph 1, other than post-judgment interest should Defendants fail to make payments in a timely manner in accordance with the payment scheduled set forth herein.  Acceptance of this offer of judgment will act to dismiss with prejudice all claims raised by Plaintiff in this action.

2. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure ("FRCP") 68 and is not to be construed as an admission that Defendants are liable in any manner, that Defendants have violated any of Plaintiff's rights, or that Plaintiff has suffered any damages.

3. If this Offer is not accepted before trial and the ultimate judgment is less favorable than this Offer, Defendants shall be entitled to recover all of the Defendants' costs from the plaintiff.

4. Defendants' offer of judgment will be deemed withdrawn if it is not accepted within fourteen (14) days of service, and evidence of it shall not be admissible except in a proceeding to determine costs incurred by Defendants after the making of the offer.

5. This Offer of Judgment shall not be filed with the Court unless it is (a) accepted, or (b) used in a proceeding to determine Defendants' costs.

6. This Offer of Judgment shall be inclusive of all fees, costs and awards, including attorneys' fees to which Plaintiff may be entitled under applicable federal or state law.

7. Plaintiff's counsel shall not take a default, nor otherwise take any steps to enforce the judgment, until a minimum of ten (10) days from the date Plaintiff's counsel has sent written notice to Defendants' counsel by e-mail at atalero@talerolaw.com of any late or missed payment and Defendants have failed to cure the late payment within that time.

Dated: Forest Hills, New York
June 16, 2021

*[signature]*

Albert Talero, P.C.
*Attorneys for Defendants*
71-50 Austin Street, Suite 207
Forest Hills, NY 11375
718-261-6780
718-261-6478 Fax
atalero@talerolaw.com

3