UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS LARA, on behalf of himself, individually, ~~and on behalf of all others similarly situated~~,

    Plaintiff,

-against-

BROADWAY S/S INC., and AFTAB HUSSAIN, individually,

    Defendants.

**Docket No.:**
20-cv-05010-LGS

~~[PROPOSED]~~ **JUDGMENT**

**WHEREAS**, on June 16, 2021, Defendants Broadway S/S Inc., and Aftab Hussain, individually, offered that Plaintiff Carlos Lara ("Plaintiff"), take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Seventy-Seven Thousand Five-Hundred Dollars and Zero Cents ($77,500.00), inclusive of attorneys' fees and costs; and

**WHEREAS,** on June 17, 2021, Plaintiff filed his Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against Defendants Broadway S/S Inc., and Aftab Hussain, individually, jointly and severally, in the amount of Seventy-Seven Thousand Five-Hundred Dollars and Zero Cents ($77,500.00)

SO ORDERED, on the 21st day of June, 2021, New York, New York:

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**